```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :      11 CR 1069(VM)
        -against-                  :         ORDER
                                   :
JACK MALDONADO,                    :
                                   :
                  Defendant.       :
----------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: February 4, 2021**

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the hearing before the Honorable Victor Marrero on Friday, February 5, 2021 at 10:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:   New York, New York
         4 February 2021

_____
Victor Marrero
U.S.D.J.