UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Jack Maldonado,

                Supervisee

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 5, 2021

No. 0208 1:11-CR-1069

ORDER

Honorable Victor Marrero, Senior U.S. District Judge:

      You must reside in a Residential Re-Entry Center for up to one hundred twenty (120) days, or until the resolution of violation proceedings.   During which time you must not be permitted to leave the facility except for work, medical or psychological treatment, religious observance or other acceptable reasons as approved by the Probation Department. You must abide by all the rules and regulations of the Residential Re-Entry Center, which shall include a subsistence payment to the facility based upon income earned.

SO ORDERED.

Dated:      February 5, 2021
             New York, New York

                                                        Victor Marrero
                                                        U.S.D.J.