```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 22, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    **11 CR 1069(VM)**
         -against-                :         **ORDER**
                                  :
JACK MALDONADO,                   :
                                  :
                  Defendant.      :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the hearing before the Honorable Victor Marrero on Tuesday, February 23, 2021 at 10:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:   New York, New York
         22 February 2021

_____
Victor Marrero
U.S.D.J.