USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :      **11 CR 1069 (VM)**
                                    :
         -against-                  :
                                    :      **ORDER**
JACK MALDONADO,                     :
                                    :
                       Defendant.   :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of Probation and with the consent of the parties, it is hereby ordered that the sentencing of the above-named defendant scheduled for Tuesday, November 16, 2021 will be adjourned until November 23, 2021 at 10:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         26 October 2021

_____
Victor Marrero
U.S.D.J.