```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :   11 Crim. 1069 (VM)
    - against -                         :
                                        :   SCHEDULING ORDER
JACK MALDONADO,                         :
                                        :
                Defendant.              :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the sentencing of the above-named defendant before the Honorable Victor Marrero on Tuesday, January 18, 2022 at 11:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   New York, New York
         January 12, 2022

_____
Victor Marrero
U.S.D.J.