USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022

January 18, 2022

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Jack Maldonado*, 11 Cr. 1069 (VM)

Dear Judge Marrero:

      In light of the defendant's sentencing today on Specifications 2 and 3 of the Amended Violation Report dated February 4, 2021, the Government moves to dismiss all open specifications, including Specifications 1 and 4.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:  /s/
      Matthew R. Shahabian
      Assistant United States Attorney
      (212) 637-1046

cc: Counsel of Record, by ECF

---

**Request GRANTED.**

The motion of the Government to dismiss VOSR specifications 1 and 4 is granted.

**SO ORDERED.**

1/18/2022
DATE

VICTOR MARRERO, U.S.D.J.