USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

JACK MALDONADO,

                Defendant.

11 CR 1069 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The conference to address Defendant's alleged violations of supervised release is hereby scheduled for April 14, 2023 at 10:00 a.m. in Courtroom 15B of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    3 April 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.