**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/25

July 31, 2025

**Via ECF and E-mail**

Honorable Victor Marrero
United States District Judge
500 Pearl Street
New York, NY 10007
ChambersNYSDMarrero@nysd.uscourts.gov

RE:  US v. Jack Maldonado 11 Cr. 01069 (VM)
     Status Conference Rescheduling Request

Dear Judge Marrero,

    I am Mr. Maldonado's new defense counsel after Mr. Kaminsky left our office. I respectfully request that the status conference scheduled for August 8, 2025, be rescheduled for Friday, October 10, 2025. The government consents, and probation has no objection to this request.

    I require the additional time to become fully familiar with the long history of this case and to develop a trusting and effective attorney-client relationship. I just finished a trial last week before Judge Rakoff and have another trial scheduled for September 29 before Judge Caproni.

    Thank you for your consideration.

Respectfully submitted,

/s/

Michael Rooney

michael_rooney@fd.org

**Request GRANTED.**
The Court hereby grants the Defense's request for an adjournment of the status conference scheduled for August 8, 2025, until October 10, 2025, at 11:00am.

**SO ORDERED.**
1 August 2025
DATE                            VICTOR MARRERO, U.S.D.J.

CC:  AUSA Matthew Shahabian  Matthew.Shahabian@us.doj.gov

      US Probation Officer Adam Pakula  Adam_Pakula@nysp.uscourts.gov