


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 8, 2025

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Jack Maldonado*, 11 Cr. 1069 (VM)

Dear Judge Marrero:

      The Government respectfully requests, on behalf of Probation, to adjourn the pending status conference in connection with the defendant's alleged violations of supervised release, currently scheduled for October 10, 2025. Based on the parties' consultation with the Court, the parties propose adjourning to sometime on the afternoon of December 5, 2025.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

                By:   /s/ Matthew R. Shahabian
                      Matthew R. Shahabian
                      Assistant United States Attorney
                      (212) 637-1046

cc: Michael Rooney, Esq. (by ECF)
    Probation Officer Adam Pakula (by email)



Request **GRANTED**. The Court hereby grants the Government's request for an adjournment of the status conference scheduled for October 10, 2025, until December 5, 2025, at 1:00 p.m.

SO ORDERED.

10/9/25
DATE        VICTOR MARRERO, U.S.D.J.