```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

JACK MALDONADO,

                Defendant.

---

**11 CR 1069 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference to address Defendant's alleged violations of supervised release currently scheduled for December 5, 2025, at 1:00 PM, is hereby rescheduled to December 2, 2025, at 3:00 PM.

**SO ORDERED.**

Dated:    17 November 2025
            New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.