USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/2/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

JACK MALDONADO,

               Defendant.

**11 CR 1069 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference to address Defendant's alleged violations of supervised release currently scheduled for December 2, 2025, at 3:00 PM, is hereby adjourned to December 18, 2025, at 10:00 AM.

**SO ORDERED.**

Dated:    2 December 2025
         New York, New York

_____
      Victor Marrero
      U.S.D.J.